IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHAN C. OESER,

    Plaintiff,

  v.

RANDY ASHFORD,

    Defendant.

No. C 07-01154 WHA

**ORDER TO SHOW CAUSE**

Defendant filed a motion to dismiss on March 6, 2007.  Plaintiff's opposition was due on March 29.  None was received.  Plaintiff Nathan Oeser is **ORDERED** to appear in Court in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, on **APRIL 26, 2007**, at **8:00 A.M.** to show cause why his case should not be dismissed for the reasons stated in defendant's opening and reply briefs.

**IT IS SO ORDERED.**

Dated: April 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE